UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEBB MANAGEMENT, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. NO. |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendant ) | |

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§1441(a) and 1446(a)(b)

Now comes the Defendant, Home Depot U.S.A., Inc. ("Home Depot") by and through its attorneys, The Law Office of Edward F. Vena, and pursuant to Title 28 U.S.C. §§1441(a) and 1446(a)(b), respectfully removes the action encaptioned Kebb Management, Inc. v. Home Depot U.S.A., Inc., Essex Superior Court, County of Essex, Commonwealth of Massachusetts, C.A. No. 2014-1469D, to the Honorable Federal District Court, District of Massachusetts.  As grounds for the removal, Home Depot states:

1.   On September 25, 2014, Home Depot's resident agent for service, received the Summons, Complaint and Civil Action Cover Sheet in this action which was commenced, and is currently pending in the Essex Superior Court, Essex County, Commonwealth of Massachusetts, Civil Action No. 2014-1469D.  (*See* Exhibit 1).  The Summons, Complaint and Civil Action Cover Sheet constitute the prior pleadings to date.

2.   Plaintiff alleges in its complaint that Home Depot owes it the aggregate sum of $125.597.07 for goods, labor and materials furnished to and for the benefit of Home Depot, per contract.  (*See*, Complaint, ¶¶9, 11, 17, 23; Civil Action Cover Sheet).  The amount in controversy as asserted by Plaintiff in this complaint exceeds $75,000.  U.S.C. §1332(a).

3. Plaintiff is a Massachusetts corporation, with its principal place of business at 240 Pleasant Street, Methuen, Essex County, Massachusetts (Complaint ¶1) and, as such it is a citizen of Massachusetts under 28 U.S.C. §1332(c)(1).

4. Defendant, is a Delaware corporation, with its principal place of business at 2455 Paces Ferry Road, Atlanta, Georgia (Complaint ¶2), and as such it is a citizen of Delaware and Georgia under 28 U.S.C. §1332(c)(1).

5. This Honorable Court has original jurisdiction over the action due to diversity of citizenship, 28 U.S.C. §1332(a), and the amount in controversy as alleged in the Complaint exceeds $75,000.

6. Home Depot has paid the appropriate filing removal fee to the Clerk of the United States District Court.

7. Notice of Removal has been served on Plaintiff via first class mail to counsel of record, and, also with the Clerk of Courts, for Essex County, pursuant to 28 U.S.C. §1446(d).

WHEREFORE, the Defendant Home Depot U.S.A., Inc. respectfully requests that the action now pending in Essex Superior Court, be removed therefrom, to this Honorable Court.

    HOME DEPOT U.S.A., Inc.,
By its attorney,

*/s/ Edward F. Vena*

Edward F. Vena, Esquire
BBO No. 508660
LAW OFFICES OF EDWARD F. VENA
100 Franklin Street, 7th Floor
Boston, MA  02110
(617)951-2400

Dated:  October 15, 2014